

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00599-CV

**IN THE INTEREST OF B.R., ET AL**., Children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02347
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's August 14, 2014 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on September 29, 2014. *See* TEX. R. APP. P. 38.6(a). On October 6, 2014, Appellant filed an unopposed first motion for extension of time to file Appellant's brief and requested an extension of time to October 20, 2014, for an extension of twenty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than October 20, 2014. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court